# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                    Case No. 24-CR-227

RICHARD G. FULLER,

    Defendant.

## REPORT AND RECOMMENDATION

On April 16, 2025, defendant Richard G. Fuller appeared before me pursuant to Federal Rule of Criminal Procedure 11. Fuller entered a plea of guilty to the one-count information.

After cautioning and examining Fuller under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent factual basis containing each of the essential elements of the offense.

**NOW, THEREFORE, IT IS RECOMMENDED** that Fuller's plea of guilty be accepted; that a presentence investigation and report be prepared; and that Fuller be adjudicated guilty and have sentence imposed accordingly.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections

are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 16th day of April, 2025.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge